**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Exhibit A

MOUHAMADOU M. DIOUF
Plaintiff

vs.

Case Number 2026-CAB-001716

COSTCO WHOLESALE CORPORATION
Defendant

c/o registered agent

## SUMMONS

To the above named Defendant: C.T. Corporation System 1015 15th Street NW, Suite 1000 Washington, DC 20005

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Justin M. Beall
Name of Plaintiff's Attorney

10300 Eaton Place, Suite 200
Address
Fairfax, VA 22030

703-594-4621
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date March 18, 2026

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

________________________________________
Demandante

contra

Número de Caso: ________________________

________________________________________
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

______________________________________
Nombre del abogado del Demandante

______________________________________
Dirección

Por: ______________________________________
Subsecretario

______________________________________

______________________________________
Teléfono

Fecha ______________________________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2026-CAB-001716

**Case Style:** Mouhamadou Moustapha Diouf v. Costco Wholesale Corporation

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 06/26/2026 | 9:30 AM | Remote Courtroom 415 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Julie H Becker. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.
2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.
3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).
4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.
5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.
6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**<u>To Join by Computer, Tablet, or Smartphone:</u>**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb415

   Meeting ID: 129 314 3475

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**<u>Or to Join by Phone:</u>**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**<u>Resources and Contact Information:</u>**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing

- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
**(Click here for more information)**

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

District of Columbia Courts

# Tips for Using DC Courts Remote Hearing Sites

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are four remote access sites throughout the community which will operate **Monday – Friday, 8:30 am – 4:00 pm.**

**Remote Site - 3**
Balance and Restorative Justice Center
118 Q Street, NE

**Remote Site - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020



**Remote Site – 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**If you want to use a remote site location for your hearing**, call 202-879-1900 or email DCCourtsRemoteSites@dcsc.gov at least 24 hours before your hearing to reserve a remote access computer station.

**If you require special accommodations such as an interpreter for your hearing**, please call 202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.

***You should bring the following items when you come to your scheduled site location***

1. Your case number and any hyperlinks provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

*Safety and security measures are in place at the remote sites.

**Contact information to schedule your remote access computer station:**
Call: 202-879-1900
Email: DCCourtsRemoteSites@dcsc.gov

# Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay cuatro sitios de acceso remoto que funcionarán **de Lunes a Viernes, de 8:30 am a 4:00 pm**.

**Sito Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE

**Sito Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020



**Sito Remoto – 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Si desea usar un sitio remoto para su audiencia**, llame al 202-879-1900 o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.

**Si necesita adaptaciones especiales**, como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

***Cuando concurra al sitio programado debe llevar los siguientes artículos***

1. Su número de caso y todos los hipervínculos que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: 202-879-1900
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

MOUHAMADOU M. DIOUF

Case Number: 2026-CAB-001716

vs

Date: 3/16/2026

COSTCO WHOLESALE CORPORATION

☐ One of the defendants is being sued in their official capacity.

| Name: (please print) Justin M. Beall | Relationship to Lawsuit |
|---|---|
| Firm Name: Koonz, McKenney, Johnson, & DePaolis, LLP | ☑ Attorney for Plaintiff<br>☐ Self (Pro Se)<br>Other: ______ |
| Telephone No.: 703-218-4410 — Six digit Unified Bar No.: 502394 | |

TYPE OF CASE: ☐ Non-Jury ☑ 6 Person Jury ☐ 12 Person Jury

Demand:$ 100,000.00 Other: ______

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: ______ Judge: ______ Calendar #: ______

Case No.: ______ Judge: ______ Calendar #: ______

NATURE OF SUIT: *(Check One Box Only)*

A. CONTRACTS

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 ______
☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance

COLLECTION CASES

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000 Pltf. Grants Consent

B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102(a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass
☐ 06 Traffic Adjudication

C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile-Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud
☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including wrongful death)
☐ 16 Negligence-(Not Automobile, Not Malpractice)
☑ 17 Personal Injury – (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

# INFORMATION SHEET, Continued

| D. OTHERS | | |
|---|---|---|
| I.<br>☐ 01 Accounting<br>☐ 02 Att. Before Judgment<br>☐ 04 Condemnation (Emin. Domain)<br>☐ 05 Ejectment<br>☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent<br>☐ 08 Quiet Title<br>☐ 09 Special Writ/Warrants DC Code § 11-941 | ☐ 10 T.R.O./Injunction<br>☐ 11 Writ of Replevin<br>☐ 12 Enforce Mechanics Lien<br>☐ 16 Declaratory Judgment<br>☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)<br>☐ 18 Product Liability<br>☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (D.C. Code § 16-4315) | ☐ 25 Liens: Tax/Water Consent Granted<br>☐ 26 Insurance/Subrogation Under $25,000 Consent Denied<br>☐ 27 Insurance/Subrogation Over $25,000<br>☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)<br>☐ 26 Merit Personnel Act (OHR)<br>☐ 30 Liens: Tax/Water Consent Denied |
| II.<br>☐ 03 Change of Name<br>☐ 06 Foreign Judgment<br>☐ 13 Correction of Birth Certificate<br>☐ 14 Correction of Marriage Certificate | ☐ 15 Libel of Information<br>☐ 19 Enter Administrative Order as Judgment [D.C. Code § 2-1802.03(h) or 32-1519(a)]<br>☐ 20 Master Meter (D.C. Code § 42-3301, et seq.) | ☐ 21 Petition for Subpoena [Rule 28-I (b)]<br>☐ 22 Release Mechanics Lien<br>☐ 23 Rule 27 (a)(1) (Perpetuate Testimony) |

For individuals not represented by an attorney: ( ) I acknowledge receipt of the Civil Actions Pro Se Handbook.

[signature]

Signature

Date

3/16/2026

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **MOUHAMADOU M. DIOUF**<br>**4430 Taney Avenue, Apt 103**<br>**Alexandria, VA 22304**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COSTCO WHOLESALE CORPORATION**<br>**999 Lake Drive**<br>**Issaquah, WA 98027**<br><br>**Serve: C T Corporation System**<br>**1015 15th Street NW, Suite 1000**<br>**Washington, DC 20005**<br><br>**Defendant.** | **Case No.:** 2026-CAB-001716 |

**COMPLAINT**

Plaintiff Mouhamadou Diouf sues Defendant Costco Wholesale Corporation and alleges:

**PARTIES**

1. Plaintiff Mouhamadou Diouf ("Plaintiff") is an adult resident of the District of Columbia living at the above-captioned address.

2. Defendant Costco Wholesale Corporation ("Defendant") is, upon information, knowledge, and belief, a corporation registered to do business in the District of Columbia. Defendant owns and operates the Costco Warehouse #1120 store located at 2441 Market Street NE, Washington, DC 20018.

LAW OFFICES
KOONZ MCKENNEY
HNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
101 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006
(202) 659-5500

## JURISDICTION

3. Jurisdiction is proper under D.C. Code §§ 11-921 (1981), as amended, 13-423 (2012), as all incidents giving rise to this cause of action occurred in the District of Columbia.

## FACTS

4. On or about July 11, 2025, Plaintiff was shopping as a Costco member at the Costco Warehouse #1120 store located at 2441 Market Street NE, Washington, DC 20018.

5. On or about July 11, 2025, Defendant's employee was stacking pallets in the course of his employment at the Costco Warehouse #1120 store located at 2441 Market Street NE, Washington, DC 20018.

6. On or about July 11, 2025, as Plaintiff was walking through Defendant's store, Defendant's employee was stacking pallets and, suddenly and without warning, struck Plaintiff's right shoulder with one of the pallets and dropped the pallet on Plaintiff's elbow.

7. Upon information and belief, the person who caused the pallet to strike and fall on Plaintiff was employed by Defendant and was stacking the pallets in the course of his employment with Defendant at all times relevant hereto.

8. As a direct and proximate result of the negligent acts and/or omissions of Defendant and Defendant's employee, Plaintiff sustained both significant physical injuries as well as non-physical injuries.

9. At all times relevant hereto, Plaintiff was acting free and clear of any and all contributory negligence.

LAW OFFICES
KOONZ MCKENNEY
-INSON & DEPAOLIS LLP
JAMES MONROE BUILDING
01 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

**COUNT I**
**NEGLIGENCE: PREMISES LIABILITY**

10. Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein, and further alleges as follows:

11. On or about July 11, 2025, when Plaintiff was shopping as a Costco member at the Costco Warehouse #1120 store owned, operated, managed, and maintained by Defendant, Plaintiff was lawfully on the premises as an invitee.

12. At all times relevant herein, when Plaintiff was at the premises located at the address in Paragraph 5, he was walking in an area of the store where he was expected to go at the express and implied acquiescence of Defendant.

13. At all times relevant herein, prior to the incident, Plaintiff was exercising reasonable care for his own safety. At no time prior to the incident was Plaintiff aware that the area where he was walking posed an unsafe condition.

14. At all times relevant herein, it was the duty of Defendant to:

(a) use reasonable and ordinary care to maintain the aisles, walkways, and other premises of the Costco Warehouse #1120 store to avoid injury to its customers and business invitees; and

(b) adequately warn customers and business invitees including, but not limited to, Plaintiff, of any dangerous and hazardous conditions so that they could avoid being struck by any pallet.

15. At all times relevant herein, Defendant knew, or should have known, that it was foreseeable that maneuvering and stacking pallets near or around customers and business invitees could create an unreasonable risk of harm to its customers and business invitees.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

16. Defendant breached its duty to Plaintiff to use reasonable and ordinary care to maintain the aisles and walkways of the premises to avoid injury to its customers and business invitees.

17. Defendant breached its duty to Plaintiff to adequately warn Plaintiff of the dangerous condition.

18. Notwithstanding said duties, Defendant did, then and there, so carelessly and negligently fail to use reasonable and ordinary care to maintain the premises to avoid injury to its customers and business invitees. Defendant's negligent acts and/or omissions include, but are not limited to, the following:

(a) failure to provide a safe alternate route for its customers and business invitees in such event an area on the premises became unsafe; and/or

(b) failure to provide an adequately safe pedestrian pathway to its store areas and aisles; and/or

(c) failure to provide any warning to its customers and business invitees of a dangerous condition; and/or

(d) any other such acts and/or omissions that may be revealed during discovery.

19. As a direct result of Defendant's failure to maintain and/or warn Plaintiff of the hazardous condition, a pallet struck and fell on Plaintiff, causing significant injury to Plaintiff.

20. As a direct and proximate result of the negligence of Defendant, Plaintiff sustained permanent injuries; has suffered and will continue to suffer much mental pain and anguish; has incurred medical expenses and will continue to incur medical expenses for medical care in connection with the incident; has incurred and will continue to incur lost

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

**COUNT II**
**NEGLIGENCE: *RESPONDEAT SUPERIOR***

21. Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein, and further alleges as follows:

22. At all times relevant herein, Defendant's employee who acted negligently in carrying out his work-related duties as described above, was acting in the scope of employment as an agent, servant, and/or employee of Defendant pursuant to an employment relationship.

23. Under the doctrine of *respondeat superior*, Defendant is liable for the negligence of its agents and employees.

24. Defendant, through its agents, employees, and subcontractors, owed Plaintiff a duty to act reasonably under the circumstances, including, but not limited to, a duty to perform work with reasonable care so as not to injure others and so that the store would be reasonably safe for those lawfully on the premises, and to discover, remedy, and warn invitees, including Plaintiff, of dangerous conditions on the premises.

25. Defendant, through its agent and/or employee, breached its duties of care to Plaintiff by failing to perform work with reasonable care; failing to warn of the hazardous condition of its agent or employee stacking pallets in an open area where invitees were reasonably expected to walk through; otherwise failing to act reasonably under the circumstances so as to keep the premises safe for those persons lawfully present, including Plaintiff; and any other such acts and/or omissions that may be revealed during discovery.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

26. As a direct and proximate result of the negligent actions of Defendant's employee undertaken pursuant to an employment relationship with Defendant, and, vicariously, the negligent actions of Defendant, Plaintiff sustained permanent injuries; has suffered and will continue to suffer much mental pain and anguish; has incurred medical expenses and will continue to incur medical expenses for medical care in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

27. All of Plaintiff's aforementioned injuries were and are due to the negligence of Defendant's employee and, vicariously, Defendant, without any negligence or lack of due care on the part of Plaintiff.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully demands judgment against Defendant in the full and just amount of One Hundred Thousand dollars ($100,000.00), plus costs and interest, and any other relief this Court deems just.

Respectfully submitted,

Koonz McKenney Johnson & DePaolis LLP

By ______________________

Justin M. Beall Esq. #502394
Willow Wood Plaza 1
10300 Eaton Place, Suite 200
Fairfax, VA 22030
(703) 218-4410
(703) 218-4411 (fax)
Jbeall@koonz.com
*Attorney for Plaintiff*

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006

(202) 659-5500

**JURY DEMAND**

Plaintiff respectfully requests a jury trial as to all issues alleged herein.

Justin M. Beall

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 530
WASHINGTON, D.C. 20006
(202) 659-5500